UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Brian R. Martinotti |
| v. | : Criminal No. 22-541 |
| MANSOUR AHMADI,<br>  a/k/a "Mansur Ahmadi," | : **Unsealing Order** |
| AHMAD KHATIBI AGHDA,<br>  a/k/a "Ahmad Khatibi," and | : |
| AMIR HOSSEIN NICKAEIN RAVARI,<br>  a/k/a "Amir Hossein Nikaeen,"<br>  a/k/a "Amir Hossein Nickaein,"<br>  a/k/a "Amir Nikayin" | : |

This matter having been brought before the Court upon the application of Philip R. Sellinger, the United States Attorney for the District of New Jersey (David Malagold and Matthew Nikic, Assistant United States Attorneys, and Andrew Beaty, Trial Attorney, appearing) for an order unsealing the Indictment and Arrest Warrants in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 14TH day of September, 2022,

ORDERED that **effective on September 14, 2022**, the Sealing Order previously entered in the above-captioned matter is no longer in effect; and it is further

ORDERED that **effective on September 14, 2022**, the docket sheet, the Indictment, and all related papers in the above-captioned matter be UNSEALED.

_____
Hon. Brian R. Martinotti
United States District Judge